# United States Court of Appeals
# for the Fifth Circuit

―――――――――

No. 24-40760
Summary Calendar

―――――――――

United States Court of Appeals
Fifth Circuit

**FILED**
September 10, 2025

Lyle W. Cayce
Clerk

Marco Alberto Cantu,

*Plaintiff—Appellant*,

*versus*

Guerra & Moore Limited, L.L.P.,

*Defendant—Appellee*.

―――――――――――――――――――――

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:24-CV-40

―――――――――――――――――――――

Before Dennis, Ho, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Plaintiff-Appellant Marco Alberto Cantu appeals the district court's denial of his motion to remand and grant of the Defendant-Appellee Guerra & Moore Limited, L.L.P.'s motion to dismiss for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6). We AFFIRM.

―――――――――――――――――――――

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40760

As to the motion to remand, the district court found that because Plaintiff is trying to attack the validity of two different federal court rulings, it had federal question jurisdiction under 28 U.S.C. § 1331. On appeal, Cantu only argues that the district court did not have diversity jurisdiction. As such, Cantu does not explain how the district court erred in denying his motion to remand. Thus, he abandons any challenge for failure to brief it. *See Van Winkle v. Rogers*, 82 F.4th 370, 383 (5th Cir. 2023). His argument concerning the dismissal of the suit also fails because he does not argue the prongs of plain error. This "argument is therefore forfeited in its entirety." *Sneed v. Austin Indep. Sch. Dist.*, 50 F.4th 483, 490 (5th Cir. 2022). The judgment of the district court is AFFIRMED.